**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| **EXCHANGE TRUCKING, LLC** | ) | Case No. **26-20335** |
| | ) | |
| Debtor. | ) | |

## NOTICE OF RESIGNATION OF CHAPTER 7 TRUSTEE

Nathaniel R. Hull hereby provides notice of his resignation as Chapter 7 Trustee of the estate of Exchange Trucking, LLC (the "**Debtor**").

I received my appointment on October 19, 2026. Due to potential conflicts, I respectfully request that a successor trustee be appointed.

Accordingly, I respectfully resign as Chapter 7 Trustee.

I have not administered any assets in this proceeding.

Respectfully submitted this 21st day of October, 2026.

NATHANIEL R. HULL, CHAPTER 7 TRUSTEE

/s/ *Nathaniel R. Hull*

Nathaniel R. Hull, Chapter 7 Trustee
Verrill Dana LLP
One Portland Square
Portland, ME 04102
Tel: (207) 774-4000
trustee@verrilldana.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| In re: | ) | |
| **EXCHANGE TRUCKING, LLC** | ) | Chapter 7<br>Case No. **26-20335** |
| Debtor. | ) | |

## CERTIFICATE OF ELECTRONIC SERVICE

I, Jeanette M. Piselli, an employee of Verrill Dana LLP, hereby certify that I am above eighteen years of age, and that on the 21st day of October, 2026, I caused a true copy of the above ***Notice of Resignation of Chapter 7 Trustee*** to be served on each of the parties set forth below, and in the manner so indicated.

Dated at Portland, Maine, this 21st day of October, 2026.

/s/ *Jeanette M. Piselli*
Jeanette M. Piselli
VERRILL DANA LLP

***Via* Court's Electronic Noticing System**

- **Nathaniel R. Hull trustee@verrilldana.com, ME14@ecfcbis.com**
- **J Scott Logan scott@southernmainebankruptcy.com**
- **Office of U.S. Trustee ustpregion01.po.ecf@usdoj.gov**